GILSEY et al. v. KEEN et al.

(Supreme Court, Appellate Division, First Department.   May 5, 1905.)

Appeal from Trial Term, New York County.

Action by Henry Gilsey and others against Albert R. Keen and others.   From a judgment on a verdict in favor of plaintiffs, defendants appeal.   Affirmed.

Argued before VAN BRUNT, P. J., and McLAUGHLIN, PATTERSON, INGRAHAM, and LAUGHLIN, JJ.

Louis O. Van Doren, for appellants.
Sol. Kohn, for respondents.

LAUGHLIN, J.   The issues in this action are precisely the same as those in action No. 1, argued and decided herewith (93 N. Y. Supp. 783) excepting that this is an action for the rent for the months of June and July, and consequently the opinion in the other case is decisive of this, and the judgment should be affirmed, with costs.   All concur.